**DISMISS and Opinion Filed May 18, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-22-00059-CV

---

## MD TAUHID CHOUDHURY, Appellant
## V.
## ONE WORLD FUNDING LLC, Appellee

---

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-09693

---

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Nowell
Opinion by Justice Partida-Kipness

After appellant failed to timely file his brief, we directed appellant by postcard dated April 14, 2022 to file the brief within ten days and cautioned him that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).


/Robbie Partida-Kipness
ROBBIE PARTIDA-KIPNESS
JUSTICE

220059F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MD TAUHID CHOUDHURY,
Appellant

No. 05-22-00059-CV          V.

ONE WORLD FUNDING LLC,
Appellee

On Appeal from the 192nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-09693.
Opinion delivered by Justice Partida-
Kipness. Justices Pedersen, III and
Nowell participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered May 18, 2022